# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEANN BARNES**                                                                        **PLAINTIFF**

**v.**                  **CASE NO. 4:18-CV-00140 BSM**

**STATE FARM FIRE AND CASUALTY COMPANY**          **DEFENDANT**

## ORDER

The parties' joint motion to dismiss [Doc. No. 12] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of March 2018.

                                                      _____
                                                           UNITED STATES DISTRICT JUDGE